COA # 08-12-00348-CR    OFFENSE: 22.011

STYLE: Robert Anthony Cantu v. The State of Texas    COUNTY: El Paso

COA DISPOSITION: AFFIRMED    TRIAL COURT: 243rd District Court

DATE: 1/30/15    Publish: NO    TC CASE #: 20090D05872

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Robert Anthony Cantu v. The State of Texas    CCA #: 232-15

**APPELLANT'S** Petition FOR DISCRETIONARY REVIEW IN CCA IS: *Refused*
DATE: June 17, 2015
JUDGE: Pc

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____
JUDGE: _____

Vol. 1 of 1